# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

Case Number: 00-43694-2-13
Judge DENNIS R DOW
Dated: January 17, 2004

In Re:

AVIS ANTOINETTE MORRIS

6623 N CRYSTAL AVE
KANSAS CITY, MO 64119

SSN (1): XXX-XX-0408

# TRUSTEE'S FINAL REPORT AND ACCOUNT AND NOTICE THEREOF

RICHARD V FINK, TRUSTEE for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC § 1302 (b) (1).

**Any response to the notice must be filed with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov . A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. If you received this notice via fax, email or EDI, it may not be docketed with the U.S. Bankruptcy Court for 1-3 business days. If the debtor's counsel is not registered for electronic filing, you must serve the response by mail. If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such a hearing will be provided to all parties in interest. If you have questions about this document, contact your attorney.

1. The case was filed on October 5, 2000 and confirmed on November 27, 2000.
The case was subsequently COMPLETED on November 21, 2003.

2. The amount paid to the Trustee by or on behalf of the debtor(s) was $100,389.15.

3. The Trustee made disbursements to creditors as follows:

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---|---|---|---|
| CAPITAL ONE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIBANK | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CITY OF KANSAS CITY | STATE/LOCAL TAXES | $0.00 | $0.00 | $0.00 | $0.00 |
| CITY OF KANSAS CITY | STATE/LOCAL TAXES | $0.00 | $0.00 | $0.00 | $0.00 |
| CLAY CTY COLLECTOR | STATE/LOCAL TAXES | $1,551.34 | $1,551.34 | $0.00 | $0.00 |
| CLAY CTY COLLECTOR | DUPLICATE | $1,275.00 | $0.00 | $0.00 | $0.00 |
| DISCOVER | DUPLICATE | $3,697.48 | $0.00 | $0.00 | $0.00 |
| DISCOVER | DISALLOWED | $3,697.48 | $0.00 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORP | GENERAL UNSECURED | $1,815.79 | $721.41 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORP | GENERAL UNSECURED | $1,452.21 | $576.96 | $0.00 | $0.00 |
| ECAST SETTLEMENT CORP | GENERAL UNSECURED | $165.96 | $65.94 | $0.00 | $0.00 |
| FIRST HORIZON | SECURED | $3,000.00 | $3,000.00 | $325.34 | $0.00 |
| FIRST HORIZON | GENERAL UNSECURED | $2,428.48 | $964.84 | $0.00 | $0.00 |
| FORD MOTOR CREDIT | SECURED | $10,160.83 | $10,160.83 | $1,171.41 | $0.00 |
| HOUSEHOLD FIN SVC | DUPLICATE - SECURED | $144,400.00 | $0.00 | $0.00 | $0.00 |
| HOUSEHOLD FINANCIAL SVCS INC | MORTGAGE REGULAR PAYMENT | CONTINUING | $63,067.08 | $0.00 | CONTINUING |
| HRS USA/BEST BUY INC | SECURED | $1,600.00 | $1,600.00 | $120.61 | $0.00 |
| HRS USA/BEST BUY INC | GENERAL UNSECURED | $1,635.40 | $649.74 | $0.00 | $0.00 |
| HRS USA/MITSUBISHI | GENERAL UNSECURED | $586.03 | $232.83 | $0.00 | $0.00 |
| HRS USA/MITSUBISHI | SECURED | $550.00 | $550.00 | $41.58 | $0.00 |
| MAX FLOW CORP | GENERAL UNSECURED | $512.24 | $203.51 | $0.00 | $0.00 |
| MAX RECOVERY INC | SECURED | $163.99 | $163.99 | $17.16 | $0.00 |
| MAX RECOVERY INC | DISALLOWED | $6,013.12 | $0.00 | $0.00 | $0.00 |

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---|---|---|---|
| MAX RECOVERY INC | DISALLOWED | $1,020.67 | $0.00 | $0.00 | $0.00 |
| MAX RECOVERY INC | GENERAL UNSECURED | $980.02 | $389.36 | $0.00 | $0.00 |
| MERS/HOUSEHOLD FINANCIAL SVCS | MORTGAGE ARREARAGE | $5,327.92 | $5,327.92 | $768.23 | $0.00 |
| MIDWEST UNITED CR UN | GENERAL UNSECURED | $11,444.95 | $4,547.08 | $0.00 | $0.00 |
| MISSOURI DEPT OF REVENUE | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| SOUTHWESTERN CREDIT SYSTEM | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| TESPHE | PAID DIRECT | $0.00 | $0.00 | $0.00 | $0.00 |
| TESPHE | PAID DIRECT | $0.00 | $0.00 | $0.00 | $0.00 |
| VISA | GENERAL UNSECURED | $930.75 | $369.79 | $0.00 | $0.00 |

4. Summary of disbursements:

|  | Secured | Priority | Unsecured | Cont Debts | Total |
|---|---|---|---|---|---|
| Claim Amount | $165,202.74 | $1,551.34 | $37,655.58 | CONTINUING | $204,409.66 |
| Principal Paid | $20,802.74 | $1,551.34 | $8,721.46 | $63,067.08 | $94,142.62 |
| Interest Paid | $2,444.33 | $0.00 | $0.00 | $0.00 | $2,444.33 |

5. The general unsecured creditors were scheduled to receive 39.73% of their filed and allowed claims.

6. Costs of administration:
   The clerk was paid $0.00 for the filing fee.
   The debtor's attorney was allowed $0.00 and was paid $0.00.
   The Trustee was paid $2,399.47 pursuant to 11 USC § 1302.
   Refunds to the debtor total $1,402.73.

The trustee hereby certifies, in accordance with Federal Rule of Bankruptcy Procedure 5009, that the estate has been fully administered.

Wherefore the trustee requests a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

cc:   AVIS ANTOINETTE MORRIS
      RACHEL LYNN FOLEY ESQ
      ONE VICTORY DR # 201
      LIBERTY MO  64068

Dated: January 17, 2004
/s/ RICHARD V FINK, TRUSTEE
RICHARD V FINK, TRUSTEE
CHAPTER 13 PROCEEDINGS
818 GRAND BL # 800
KANSAS CITY MO  64106-1901

# CERTIFICATE OF SERVICE

```
District/off: 0866-a          User: RL              Page 1 of 1              Date Rcvd: Jan 16, 2004
Case: 00-43694-2-13           Form ID: FIN          Total Served: 2

The following entities were served by first class mail on Jan 17, 2004.
 db         AVIS ANTOINETTE MORRIS,    6623 N CRYSTAL AVE,    KANSAS CITY MO   64119
 da         RACHEL LYNN FOLEY ESQ,    ONE VICTORY DR # 201,    LIBERTY MO   64068

The following entities were served by electronic transmission.
NONE.                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 17, 2004**                              **Signature:** *Joseph Speetjens*

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234